UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

D. AND D. MOUNTAIN AIR CLEANERS, INC.,

    Plaintiff,

vs.   No.  21-CV-00802 WJ/GJF

AMCO INSURANCE COMPANY, a NATIONWIDE
COMPANY, and LIBERTY MUTUAL INSURANCE
COMPANY/THE OHIO CASUALTY GROUP, UNITED
STATES FIDELITY AND GUARANTY COMPANY,
THE NORTHERN INSURANCE COMPANY OF NEW
YORK/ZURICH, and ARGONAUT INSURANCE COMPANY,

    Defendants.

### ORDER ON STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on Stipulated Motion for Dismissal with Prejudice, and the Court being fully advised of the same, hereby finds that the Motion is well taken and should be, AND HEREBY IS, GRANTED.

THIS MATTER is dismissed with prejudice as against AMCO INSURANCE COMPANY, a NATIONWIDE COMPANY, with the parties bearing their own costs and attorneys' fees.

_____
HON. WILLIAM P. JOHNSON

Approved:

*Juan L. Flores /s/*
Attorneys for AMCO Insurance Company

*Thomas M. Hnasko (April 4, 2022)*
Thomas M. Hnasko
Julie A. Sakura
*Attorneys for Plaintiff D. and D. Mountain Air Cleaners*

*Meena Allen (April 11, 2022)*
*Attorneys for The Ohio Casualty Insurance Company and West American Insurance Company*

*Jason Irvin (April 6, 2022)*
*Attorneys for United States Fidelity & Guaranty Company*

*Sean E. Garrett (April 6, 2022)*
*Attorneys for Argonaut Insurance Company*

Other:
*Phillip H. Thompson (unable to contact to get position)*
*Attorney for the Northern Insurance Company of New York/Zurich*