IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

D. AND D. MOUNTAIN AIR CLEANERS, INC.,

    Plaintiff,

v.    No.  21-CV-00802 WJ/GJF

AMCO INSURANCE COMPANY, a NATIONWIDE
COMPANY, and LIBERTY MUTUAL INSURANCE
COMPANY/THE OHIO CASUALTY GROUP, UNITED
STATES FIDELITY AND GUARANTY COMPANY,
THE NORTHERN INSURANCE COMPANY OF NEW
YORK/ZURICH, and ARGONAUT INSURANCE COMPANY,

    Defendants.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, D. and D. Mountain Air Cleaners, Inc., and Defendant, Liberty Mutual Insurance Company/The Ohio Casualty Group (collectively "Defendants"), by and through its/their respective attorneys of record, respectfully move the Court for an Order dismissing the Complaint and any and all causes of action stated therein, or which could have been stated therein filed by Plaintiff against *these* Defendants with prejudice on the grounds that all matters in controversy by Plaintiff against these Defendants have been fully resolved.

**WHEREFORE**, the parties pray for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein filed by Plaintiff, D. and D. Mountain Air Cleaners, Inc., against Defendants, Liberty Mutual Insurance Company/The Ohio Casualty Group, with prejudice with each party to bear its/their own attorney's fees and costs.

Concurrence from all counsel was sought and obtained on April 11, 2022, and this Motion is not opposed.

Respectfully Submitted,

**ALLEN LAW FIRM, LLC**

/s/ *Meena H. Allen*
MEENA H. ALLEN
6121 Indian School Road, NE, Suite 230
Albuquerque, New Mexico 87110
(505) 298-9400

*Attorney for The Ohio Casualty Insurance Company and West American Insurance Company*

**HINKLE SHANOR, LLP**

/s/ Thomas M. Hnasko
THOMAS M. HNASKO
PO Box 2068
Santa Fe, NM 87504
505-982-4554

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of April, 2022, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

/s/ Meena H. Allen
Meena H. Allen