**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**D. AND D. MOUNTAIN AIR CLEANERS, INC.,**

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　No. 21-CV-00802 WJ/GJF

**AMCO INSURANCE COMPANY, a NATIONWIDE COMPANY, and LIBERTY MUTUAL INSURANCE COMPANY/THE OHIO CASUALTY GROUP, UNITED STATES FIDELITY AND GUARANTY COMPANY, THE NORTHERN INSURANCE COMPANY OF NEW YORK/ZURICH, and ARGONAUT INSURANCE COMPANY,**

    Defendants.

### ORDER ON STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on Stipulated Motion for Dismissal with Prejudice, and the Court being fully advised of the same, hereby finds that the Motion is well taken and should be, AND HEREBY IS, GRANTED.

THIS MATTER is dismissed with prejudice as against AMCO INSURANCE COMPANY, a NATIONWIDE COMPANY, with the parties bearing their own costs and attorneys' fees.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE