IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

D. AND D. MOUNTAIN AIR CLEANERS, INC.,

    Plaintiff,

v.                                                                                           No.  21-CV-00802 WJ/GJF

AMCO INSURANCE COMPANY, a NATIONWIDE
COMPANY, and LIBERTY MUTUAL INSURANCE
COMPANY/THE OHIO CASUALTY GROUP, UNITED
STATES FIDELITY AND GUARANTY COMPANY,
THE NORTHERN INSURANCE COMPANY OF NEW
YORK/ZURICH, and ARGONAUT INSURANCE COMPANY,

    Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF LIBERTY MUTUAL INSURANCE COMPANY/THE OHIO CASUALTY GROUP WITH PREJUDICE**

THIS MATTER having come before the Court upon Plaintiff, D. and D. Mountain Air Cleaners, Inc., and Defendants, Liberty Mutual Insurance Company/The Ohio Casualty Group's Stipulated Motion to Dismiss with Prejudice for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein by Plaintiff against Defendants on the grounds that all matters in controversy by Plaintiff against Defendants have been fully resolved; and the Court having reviewed the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Said Motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Complaint and all causes of action stated therein, or which could have been stated therein, filed by Plaintiff, D. and D. Mountain Air Cleaners, Inc. against Defendants, Liberty Mutual Insurance

Company/The Ohio Casualty Group, be and hereby is dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE