UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

D. AND D. MOUNTAIN AIR CLEANERS, INC.,

    Plaintiff,

v.                                                          No. 21-cv-00802-WJ/GJF

AMCO INSURANCE COMPANY, a NATIONWIDE
COMPANY, and LIBERTY MUTUAL INSURANCE
COMPANY/THE OHIO CASUALTY GROUP, UNITED
STATES FIDELITY AND GUARANTY COMPANY,
THE NORTHERN INSURANCE COMPANY OF NEW
YORK/ZURICH, and ARGONAUT INSURANCE COMPANY,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on Plaintiff D. and D. Mountain Air Cleaners, Inc., and Defendant Argonaut Insurance Company's Joint Motion to Dismiss with Prejudice ("Motion"). The Court, having reviewed the Motion, the Court file, and being otherwise fully advised, finds the Motion is well-taken and should be granted.

It is, therefore, ORDERED that all claims brought herein, or that could have been brought herein, by Plaintiff D. and D. Mountain Air Cleaners, Inc., against Defendant Argonaut Insurance Company are hereby dismissed with prejudice. The parties shall bear their own attorneys' fees and costs incurred herein.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE